UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANGELO SCOTT,

Petitioner,

v.

STATE OF MINNESOTA,

Respondent.

Civil File No. 01-1712 (PAM/ESS)

**REPORT AND RECOMMENDATION**

THIS MATTER is before the undersigned United States Magistrate Judge on Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254. (Docket No. 1.) The matter has been referred to the undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1(c). For the reasons discussed below, it is recommended that the Petition for Writ of Habeas Corpus be SUMMARILY DISMISSED pursuant to Rule 4 of The Rules Governing Section 2254 Cases In The United States District Courts.[1]

Petitioner is challenging his 1992 Minnesota state criminal conviction for first degree assault. Last year, Petitioner filed another habeas corpus petition in this district seeking habeas review of the same conviction. That prior case – Scott v. Minnesota Correctional Facility, Civil No. 00-1141 (PAM/ESS) – was summarily dismissed with prejudice because it was not filed within the one-year statute of limitations set forth at 28 U.S.C. § 2244(d).

[1] Rule 4 provides that "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified."

FILED SEP 2 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Because this is Petitioner's second federal habeas corpus action relating to his 1992 state criminal conviction and sentence, the instant petition cannot be entertained here without pre-authorization from the Eighth Circuit Court of Appeals. 28 U.S.C. § 2244(b). See also VanCleave v. Norris, 150 F.3d 926, 928-29 (8th Cir. 1998). There is no indication that Petitioner has obtained (or even requested) Circuit Court pre-authorization, as required by § 2244(b), so our Court lacks jurisdiction over Petitioner's current petition. See Nunez v. United States, 96 F.3d 990, 991 (7th Cir. 1996). It will therefore be recommended that the instant petition be summarily dismissed.[2]

## RECOMMENDATION

Based upon the foregoing and all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED THAT**:

1. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), be **DENIED**; and

2. Petitioner's petition for a writ of habeas corpus be summarily **DISMISSED** pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

DATED: September 26, 2001

E.S. SWEARINGEN
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically

---

[2] Because Petitioner's habeas corpus petition must be dismissed, it will also be recommended that his application for leave to proceed in forma pauperis, (Docket No. 2), be denied.

identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.