# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Angelo Scott

Plaintiff

v.

Sherburne County Court

Defendants

Case No. Civil 01-1712 PAM/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application for leave to proceed in forma pauperis be denied. Plaintiff's petition for a writ of habeas corpus be summarily dismissed.

DATE: November 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk